# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

COURTNEY L SNODERLY,

                Plaintiff,

DEAN HEALTH PLAN, INC.
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

                Involuntary Plaintiffs,

      v.                                  Case No. 25-CV-355

INCLINE CASUALTY COMPANY,
DTP TRUCKING, INC.,
TESFAY B TEKLIZGHI,
ACE AMERICAN INSURANCE COMPANY,
and J.B. HUNT TRANSPORT, INC.,

                Defendants.

## ORDER

After commencing this action in the Milwaukee County Circuit Court, plaintiff Courney Snoderly served defendants Incline Casualty Company, DTP Trucking, Inc. and Tesfay Teklizghi (collectively, "Incline") with written discovery requests. (ECF No. 54 at 1.) Upon removal of the case to this court, Snoderly re-served her discovery on Incline on

May 21, 2025. (ECF No. 54-2 at 1.) Pursuant to Federal Rule of Civil Procedure 33(b)(2), the discovery responses were due June 20, 2025.

On September 8, 2025, counsel for DTP Trucking, Inc. and Teklizghi provided Snoderly with incomplete discovery responses. (ECF No. 54-1, ¶ 3.) On September 24, 2025, the parties agreed to extend Incline's discovery due date to October 22, 2025. (ECF No. 54-3 at 1–2.) Incline has not provided responses to the outstanding discovery requests. (ECF No. 54 at 2.)

On October 23, 2025, Snoderly filed a motion to compel discovery of Incline. (ECF No. 54.) Incline has not responded to Snoderly's motion.

The Federal Rules of Civil Procedure require a party to respond to discovery requests within 30 days from the date they were served. Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), 36(a)(4). Rule 33(b)(3) requires the responding party to answer each interrogatory "separately and fully in writing under oath." And for document requests, the responding party must "either state that inspection and related activities will be permitted as requested or state with specificity the ground for objection to the request …" Fed. R. Civ. P. 34(b)(2)(B). If the party fails to respond within 30 days, the serving party may move the court to compel the non-responding party to respond, and the court can order such. Fed. R. Civ. P. 37.

Incline's discovery responses are past due. Thus, an order compelling Incline to fully answer Snoderly's discovery requests is appropriate.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel discovery of Incline Casualty Company, DTP Trucking Inc. and Tesfay Teklizghi (ECF No. 54) is GRANTED. Defendants Incline Casualty, DTP Trucking, Inc. and Tesfay Teklizghi shall answer Snoderly's interrogatories and produce, or make available for inspection, the documents requested by November 17, 2025.

Dated at Milwaukee, Wisconsin this 4th day of November, 2025.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge