**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**COURTNEY L SNODERLY,**

**Plaintiff,**

**DEAN HEALTH PLAN, INC.**
**LINCOLN LIFE ASSURANCE**
**COMPANY OF BOSTON**

**Involuntary Plaintiffs,**

**v.** **Case No. 25-CV-355**

**INCLINE CASUALTY COMPANY,**
**DTP TRUCKING, INC.,**
**TESFAY B TEKLIZGHI,**
**ACE AMERICAN INSURANCE COMPANY,**
**and J.B. HUNT TRANSPORT, INC.,**

**Defendants.**

---

# ORDER

---

On June 12, 2026, plaintiff Courney Snoderly served defendant DTP Trucking, Inc. (DTP) with her second set of requests for production. (ECF No. 74 at 1.) Pursuant to Federal Rule of Civil Procedure 34(b)(2)(A), the responses were due on July 13, 2026.

Several weeks after the deadline had passed, Snoderly's counsel reached out to DTP to inquire about the missing responses. (ECF No. 74 at 1.) Between August 6 and 10, the parties agreed to a two-week extension for production. (ECF No. 74-2 at 1–3.) Neither DTP nor its counsel responded to Snoderly's second set of requests for production within the two weeks. (ECF No. 74 at 2.)

On September 3, 2026, Snoderly filed an expedited motion to compel discovery of DTP. (ECF No. 74.) On September 4, 2026, DTP served its responses to Snoderly's second set of requests for production. (ECF No. 76-2.) On September 14, 2026, DTP responded to Snoderly's motion to compel to note that it has responded to Snoderly's second set of requests for production, arguing that the motion to compel is thus moot. (ECF No. 76.)

Because DTP has responded to Snoderly's second set of requests for production (albeit perhaps not in a timely fashion), Snoderly's motion to compel is moot.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel discovery of DTP Trucking Inc. (ECF No. 74) is DENIED as moot.

Dated at Milwaukee, Wisconsin this 15th day of September, 2026.

William E. Duffin

WILLIAM E. DUFFIN
U.S. Magistrate Judge